JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JESUS RIVAS,

Petitioner,

v.

MARKWAYNE MULLIN, ETC., ET AL.,

Respondents.

No. ED CV 26-4137-HDV(E)

JUDGMENT

IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to provide Petitioner (A# 221-462-423) with a bond hearing before an immigration judge within seven (7) days at which the burden will be on the Government to justify Petitioner's detention through clear and convincing evidence that Petitioner is an unacceptable danger or unacceptable risk of flight.

DATED: 09/14/, 2026.

HERNAN D. VERA
UNITED STATES DISTRICT JUDGE